394 A.2d 602

**Ray K. DRUM, Appellant,**

v.

**Gwenn Bream DRUM.**

Superior Court of Pennsylvania.

Argued Sept. 12, 1978.

Decided Nov. 30, 1978.

Henry O. Heiser, III, Gettysburg, for appellant.

Lavere C. Senft, York, for appellee.

Before VAN der VOORT and MONTGOMERY, JJ.

OPINION

PER CURIAM:

Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly denied a decree of divorce in this case.

WATKINS, J., did not participate in the consideration or decision of this case.